UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
GREAT AMERICAN RISK SOLUTIONS SURPLUS       :
LINES INSURANCE COMPANY,                             :
                                                            :
                          Plaintiff,                 :        25 Civ. 9408 (JPC)
                                                            :
        -v-                                           :        ORDER
                                                            :
A1 SPECIALIZED, INC.,                                 :
                                                            :
                                                            :
                        Defendant.              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 24, 2025, Plaintiff served Defendant with copies of the Summons and Complaint.  Dkt. 7.  Defendant's deadline to answer or otherwise respond to the Complaint was thus December 15, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Martinez.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 12, 2026.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by January 19, 2026.

Plaintiff is directed serve a copy of this Order on Defendant by December 22, 2025, and to file proof of service on the docket within two days of such service.

        SO ORDERED.

Dated: December 18, 2025
       New York, New York                      JOHN P. CRONAN
                                     United States District Judge