UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN RISK SOLUTIONS SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>A1 SPECIALIZED, INC.,<br><br>Defendant.<br><br>A1 SPECIALIZED, INC.,<br><br>Third-Party Plaintiff,<br><br>-v-<br><br>RYAN TURNER SPECIALTY, INC., and ROBERT T. KIRKWOOD, INC.,<br><br>Third-Party Defendants. | 25 Civ. 9408 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

By October 15, 2026, the parties shall submit a joint letter updating the Court on (i) the current status of any settlement discussions; (ii) the current status of discovery; (iii) whether the parties intend to submit a Revised Case Management Plan; (iv) any information regarding the status of Third-Party Defendant Ryan Turner Specialty, Inc.; and (v) whether any party anticipates moving for summary judgment.

SO ORDERED.

Dated: October 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge